Leontay T. SMITH, Petitioner Below, Appellant,

v.

Rebecca MCBRIDE, Central Offender Records, Stacey Hollis, Classification Officer, Respondents Below, Appellees.

No. 80, 2016

Supreme Court of Delaware.

Submitted: May 23, 2016

Decided: August 4, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S16M–01–009

AFFIRMED.

∎

Frederick H. MITCHELL, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 195, 2016

Supreme Court of Delaware.

Submitted: June 1, 2016

Decided: August 4, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1408007610

AFFIRMED.